UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William R. Rawls,            )
                             )
    Petitioner,              )
                             )
        v.                   )    Civil Action No. 09-2199 (RJL)
                             )
Simon T. Wainwright,         )
                             )
    Respondent.              )

## ORDER

For the reasons stated in the accompanying Memorandum, it is this 4th day of March 2010,

ORDERED that the show cause order [Dkt. No. 3] is **DISCHARGED**; it is

**FURTHER ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　United States District Judge